STATE OF NORTH CAROLINA ON RELATION OF NORTH CAROLINA CORPORATION COMMISSION, v. HARNETT COUNTY TRUST COMPANY (A CORPORATION).

(Filed 2 March, 1927.)

APPEAL by B. P. Gentry *et al.* from *Cranmer, J.,* at November Term, 1926, of HARNETT. Appeal dismissed.

*Clifford & Townsend and Charles Ross for appellants.*
*A. A. F. Seawell and K. R. Hoyle for appellees.*

PER CURIAM. The appellants entered a special appearance and moved that as to them the action be dismissed. The motion was denied, and they excepted and appealed.

The appeal must be dismissed. It is fragmentary and premature. An appeal from an interlocutory order will not ordinarily be entertained. *Watts v. Staton,* 191 N. C., 215; *Bradshaw v. Bank,* 172 N. C., 632; *Mann v. Gibbs,* 156 N. C., 44; *Turner v. Holden,* 109 N. C., 182; *Guilford v. Georgia Co., ibid.,* 310.

Appeal dismissed.